IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOSE "PO" RODRIGUEZ, | § § | |
| *Plaintiff,* | § § | SA-18-CV-00713-JKP |
| vs. | § § § | |
| DOLLAR GENERAL CORPORATION, INDIVIDUALLY AND D/B/A DG DISTRIBUTION OF TEXAS, LLC, AND D/B/A DOLGEN CORP. OF TEXAS INC., AND D/B/A DOLLAR GENERAL DISTRIBUTION CENTER OF SAN ANTONIO; | § § § § § § § § | |
| *Defendant.* | | |

## ORDER SETTING SCHEDULING TELECONFERENCE

Before the Court is the above-styled and numbered cause of action, which was referred to the undersigned for mediation on August 31, 2020 [#36]. In order to schedule the mediation, the undersigned will hold a scheduling teleconference. The participants in the teleconference should be prepared to discuss the availability of the parties and counsel to attend a mediation by videoconference sometime in October. They should also confer on whether a half-day or full-day mediation is required.

**IT IS THEREFORE ORDERED** that this case is set for a scheduling conference at **10:00 a.m.** on **September 11, 2020**. Due to the restrictions imposed by COVID-19, counsel for all parties are **required to appear by phone** for the conference.

The contact information for the hearing is as follows:

\*\*Please call in 5 minutes prior to start of hearing.\*\*

1. Toll free number:  888-808-6929

2. Access code: 9923187

1

3. Participant Security Code: 091120

If there are questions regarding the telephonic appearance, the parties should contact Valeria Sandoval, Courtroom Deputy, at txwdml_chambers_sa_judgechestney@txwd.uscourts.gov.

The use of speaker phones is prohibited during a telephonic appearance. Additionally, because earlier hearings in other cases may be in progress at the time attorneys call in for their scheduled hearing, attorneys should call in with their phones on "mute" and wait for the Courtroom Deputy to address them before they speak.

**IT IS SO ORDERED.**

SIGNED this 1st day of September, 2020.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE